# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WOJCIECHOWSKI and ANNE DALVET, as CO-ADMINISTRATORS FOR THE ESTATE OF ELEANOR S. MURPHY,<br>Plaintiff | : : : : : : | No. 3:17cv655<br><br>(Judge Munley) |
| v. | : : : | |
| MARLENE MUSIAL, MELINDA CUPPLES and WILLIAM CUPPLES,<br>Defendants | : : : | |

## ORDER

**AND NOW**, to wit, this 11th day of January 2018, the defendants' motion to dismiss (Doc. 9) is hereby **DENIED**.

                                    **BY THE COURT:**

                                    **s/ James M. Munley**
                                    **JUDGE JAMES M. MUNLEY**
                                    **United States District Court**